[No. 35924-0-I.    Division One.    July 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD
HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-05582-4, James Noe, J., entered January
6, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 36106-6-I.    Division One.    July 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE
LAMONT CHATMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-8-03166-1, Gerald L. Knight, J., entered
January 13, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 36163-5-I.    Division One.    July 29, 1996.]

*In the Matter of the Personal Restraint Petition of*
EARL FONTENOT, *Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-03700-9, Arthur E. Piehler, J., entered
January 26, 1991. *Dismissed* by unpublished per curiam
opinion.

[No. 36262-3-I.    Division One.    July 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. APRIL M.
WINFREY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-8-08129-4, Marsha J. Pechman, J., entered
March 14, 1995. *Dismissed* by unpublished per curiam
opinion.